UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY HALL

      PLAINTIFF,    HON. GERALD E. ROSEN

V.

             CASE NO. 2:06 –x -50352

MLS NATIONAL MEDICAL EVALUATIONS, INC.,
MEDICOLEGAL SERVICES, INC.,
D/B/A MLS NATIONAL MEDICAL EVALUATION SERVICES;
MLS NATIONAL MEDICAL EVALUATION SERVICES INC.;
UNKNOWN DEFENDANT D/B/A MLS NATIONAL
EVALUATION SERVICES, INC.; GRACIAN JOSEPH SCHIMIZZI;
AND ANTHONY SCHIMIZZI

    DEFENDANTS.
_____/

## PROTECTIVE ORDER

\* \* \* \* \*

This matter having come before the Court on the Petition of the Defendants, MLS National Medical Evaluations, Inc., Medicolegal Services, Inc., d/b/a MLS National Medical Evaluation Services, MLS National Medical Evaluation Services, Inc., Unknown Defendant known as MLS National Evaluation Services, Inc., Gracian Joseph Schimizzi, and Anthony Schimizzi, for a Protective Order, and the Court having reviewed all materials submitted by the parties, and being otherwise sufficiently advised, the Defendant's Petition for a Protective Order is GRANTED.

The Court therefore further ORDERS as follows:

1. This Protective Order shall govern all documents, the information contained therein, and any other information produced or disclosed through the subpoena issued by the Plaintiff, Terry Hall, to Franklin Bank, NA, on April 4, 2006, (referred to hereafter  the Documents) and related to the civil suit Terry Hall v. MLS National

1

<u>Medical Evaluations, Inc., et al.</u>, U.S. District Court, Eastern District Kentucky, Civil Action No. 05-185-JBC. (referred to hereafter as the Lawsuit).

2. The Plaintiff, his attorneys and their staff, shall not disclose or disseminate any of the information contained in the Documents to any individuals not a party to the Lawsuit except that the documents may be shared with individuals serving the Plaintiff as experts or consultants, with the Court and the Magistrate Judge, and any members of their staffs, stenographic employees and court reporters recording or transcribing testimony in the Lawsuit in furtherance of the Lawsuit.

3. The Plaintiff, his attorneys and their staff, shall use the Documents only in connection to the Lawsuit.

4. Franklin Bank, NA, shall redact from any check registers, deposits, or photocopies of checks produced as part of the Documents, the names of any individuals not party to the Lawsuit, the parties being Terry Hall, MLS National Medical Evaluations, Inc., Medicolegal Services, Inc., d/b/a MLS National Medical Evaluation Services, MLS National Medical Evaluation Services, Inc., unknown Defendant known as MLS National Evaluation Services, Inc., Gracian Joseph Schimizzi, and Anthony Schimizzi.

5. Franklin Bank, NA, shall redact from the Documents the actual figures of deposits and checks on any bank statement produced as part of the Documents.

6. Nothing in this Protective Order shall be construed to affect in any manner the admissibility at Trial or any other Court proceeding any of the Documents.

<u>s/Gerald E. Rosen</u>
Gerald E. Rosen
United States District Judge

Dated:  May 23, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 23, 2006, by electronic and/or ordinary mail.

                                s/LaShawn R. Saulsberry
                                Case Manager